**Exhibit A to the Complaint**

**Location:** Greenwich, CT

**Total Works Infringed:** 24

**IP Address:** 74.108.23.68

**ISP:** Verizon Fios

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | A50350D44A79D13D21F6F255B1D2997C5AAB0EFD | Vixen | 11/15/2018 02:15:59 | 11/10/2018 | 11/25/2018 | PA0002136725 |
| 2 | 209ADEA84CE0566D845611964D4E17054104ACA5 | Tushy | 10/21/2018 14:36:29 | 08/29/2018 | 10/16/2018 | PA0002127775 |
| 3 | 2295E985C35E1373E11FA6474FA26D992AFF7DA2 | Tushy | 09/24/2018 11:47:25 | 09/23/2018 | 11/01/2018 | 17093751754 |
| 4 | 26AD89FE5BDD6917A7A348FDCB9B0EE6B2C89485 | Blacked | 09/24/2018 11:58:55 | 09/07/2018 | 10/16/2018 | PA0002127772 |
| 5 | 2C78D52338C6F9590B07235B4399511558B7573F | Tushy | 10/19/2018 12:08:44 | 10/18/2018 | 11/25/2018 | PA0002136724 |
| 6 | 32459F97831DDF6C0B13221712692F67850A4AF0 | Blacked | 10/28/2018 18:56:25 | 08/03/2017 | 08/17/2017 | PA0002077671 |
| 7 | 38C7E5746A3FDD697968C49275B81836A9454790 | Vixen | 10/14/2018 22:14:30 | 10/06/2018 | 11/01/2018 | 17094105481 |
| 8 | 3F722DB1C7450C139F61FE6B909A566C47B65CBD | Tushy | 09/24/2018 17:16:45 | 09/18/2018 | 10/16/2018 | PA0002127779 |
| 9 | 4402E9DE19EF2490BF7970D923971190713E9385 | Blacked | 10/16/2018 03:58:31 | 10/07/2018 | 10/16/2018 | PA0002127790 |
| 10 | 4A3136B25E195764C6A5BFB40F2A05BF4D67FC78 | Blacked | 10/30/2018 21:30:34 | 10/27/2018 | 12/09/2018 | 17210230762 |
| 11 | 4D29EE018A8F7EFEB2F05420E4FF71A8A314762A | Blacked | 09/24/2018 21:17:42 | 08/13/2018 | 09/05/2018 | PA0002134995 |
| 12 | 500F503344393B02E646C2A0F512112FCE4416B8 | Blacked | 11/12/2018 20:28:38 | 11/11/2018 | 11/25/2018 | PA0002136642 |
| 13 | 511C7F11A60ED930504DEEC07273BB24BD01EE80 | Tushy | 11/14/2018 21:42:14 | 11/12/2018 | 12/09/2018 | 17210310463 |
| 14 | 554E325A9D7E7E6E67EB4F6AE427E8A6A2D051DC | Blacked | 09/24/2018 10:32:11 | 03/11/2018 | 04/17/2018 | PA0002116091 |
| 15 | 658C5AA3CE17F8F7F1D15705268C5370113D1518 | Blacked Raw | 11/14/2018 21:42:29 | 11/08/2018 | 12/09/2018 | 17210230993 |
| 16 | 679221524B47B7CBEF9B0E0C28C7EB07771AEF2C | Vixen | 10/17/2018 16:10:51 | 06/13/2018 | 07/14/2018 | PA0002128389 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 7ADD0E09EEEF892982208191A8808453A1480C84 | Tushy | 10/30/2018 20:35:33 | 10/28/2018 | 12/09/2018 | 17210310513 |
| 18 | 8380829FBFACEF0EE48B37AF15910E96A5E8329C | Blacked Raw | 10/21/2018 13:33:47 | 12/23/2017 | 01/15/2018 | PA0002099706 |
| 19 | 8FFED2A7F7AA77020D249E7A6311C6D5A7D97547 | Vixen | 09/24/2018 21:15:37 | 09/21/2018 | 11/01/2018 | 17093751804 |
| 20 | A467F0C201F2EFE5DF1E4BAC25B3463AC6CC6019 | Tushy | 11/08/2018 12:43:42 | 11/07/2018 | 11/25/2018 | PA0002136607 |
| 21 | AA99615AE6C723CB3050DAC4D48D914E6D5CC02F | Blacked Raw | 10/27/2018 17:10:47 | 05/17/2018 | 06/19/2018 | PA0002126644 |
| 22 | C3D3ABD0766DFA06C78FF9599FB00AA728FC7350 | Vixen | 09/24/2018 10:40:23 | 05/19/2018 | 07/14/2018 | PA0002128156 |
| 23 | CA0560D2CC3CE0546C8A38C8D7A55089AE430A8E | Blacked | 09/24/2018 11:18:54 | 01/30/2018 | 03/01/2018 | PA0002079186 |
| 24 | E39211CD578D8725EC56A93E4277596E667706A6 | Tushy | 10/23/2018 22:24:17 | 10/23/2018 | 11/25/2018 | PA0002136621 |